UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DEMARCUS HAQQ, Petitioner, v. ROBERT NEUSCHMID, Warden, Respondent. | Case No. 18-cv-06265-HSG (PR) **ORDER EXTENDING TIME TO FILE COMPLETE IN FORMA PAUPERIS APPLICATION AND PETITION ON COURT FORM** |

On October 12, 2018, petitioner, a California state prisoner proceeding *pro se*, filed the above-titled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Clerk of the Court entered notices directing petitioner to re-file his petition on the court's form habeas petition and to file an in forma pauperis ("IFP") application on the court's form, to include a certificate of funds signed by an authorized officer at petitioner's correctional facility. The Clerk informed petitioner that he must complete these documents within twenty-eight days or his action would be dismissed. The notices were served on petitioner on October 18, 2018, along with a blank habeas petition form as well as a blank prisoner's IFP application. *See* Dkt. Nos. 4-6.

On October 25, 2018, petitioner filed a notice of change of address. *See* Dkt. No. 7. Accordingly, it is unclear whether he received the Clerk's notices alerting him to the filing deficiencies. In the interests of justice, petitioner is GRANTED an extension of time to file his petition and IFP application on the proper court forms. Petitioner shall file the necessary documents within **thirty (30)** days from the filing date of this order.

**Failure to respond in accordance with this order in the time provided will result in the dismissal without prejudice of this action without further notice to petitioner.**

The Clerk shall re-send petitioner a copy of the notices at Dkt. Nos. 4-5, along with a blank habeas petition form and a blank prisoner's IFP application

**IT IS SO ORDERED.**

Dated: 12/10/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge