UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DEMARCUS HAQQ,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT NEUSCHMID, Warden,<br><br>    Respondent. | Case No. 18-cv-06265-HSG (PR)<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE COMPLETE IN FORMA PAUPERIS APPLICATION AND PETITION ON COURT FORM**<br><br>Re: Dkt. No. 13 |

Petitioner has requested an additional extension of time of ninety days to file his petition on the court's form habeas petition and to file an in forma pauperis ("IFP") application on the court's form, to include a certificate of funds signed by an authorized officer at petitioner's correctional facility. Petitioner states that he has been temporarily transferred to an administrative segregation unit where he does not have access to his legal documents. Good cause appearing, the request is GRANTED. Petitioner's current deadline of January 9, 2019 is continued to **April 9, 2019.** Failure to file the necessary documents in the time provided will result in the dismissal without prejudice of this action without further notice to petitioner.

This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: 12/19/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge