UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DEMARCUS HAQQ,<br><br>Petitioner,<br><br>v.<br><br>ROBERT NEUSCHMID,<br><br>Respondent. | Case No. 18-cv-06265-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 22 |

Good cause shown, Respondent's request for an extension of time to respond to the Order to Show Cause is GRANTED. Dkt. No. 22. By **September 15, 2019**, Respondent shall either (1) show cause why a writ of habeas corpus should not be granted or (2) file a motion to dismiss on procedural grounds. If an answer is filed and Petitioner wishes to respond to the answer, Petitioner shall do so by filing a traverse with the Court and serving it on Respondent within thirty-five (35) days of the date the answer is filed. If a motion to dismiss is filed, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within twenty-eight (28) days of the date the motion is filed, and Respondent shall file with the Court and serve on Petitioner a reply within fourteen (14) days of the date any opposition is filed

This order terminates Dkt. No. 22.

**IT IS SO ORDERED.**

Dated: 7/23/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge