1
2
3
4        UNITED STATES DISTRICT COURT
5        NORTHERN DISTRICT OF CALIFORNIA
6
7   DAVID DEMARCUS HAQQ,                    Case No. 18-cv-06265-HSG
8                Petitioner,                **ORDER GRANTING NUNC PRO TUNC EXTENSION OF TIME TO FILE ANSWER**
9         v.
10  ROBERT NEUSCHMID,                       Re: Dkt. No. 25
11               Respondent.
12
13       Good cause being shown, respondent's for an extension of time to file an answer in
14  response to the Court's order to show cause is GRANTED nunc pro tunc. The answer, filed on
15  October 16, 2019, is deemed timely filed.
16       This order terminates Dkt. No. 25.
17       **IT IS SO ORDERED.**
18  Dated: 10/23/2019

                                             _____
                                             HAYWOOD S. GILLIAM, JR.
                                             United States District Judge