UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DEMARCUS HAQQ,<br><br>Petitioner,<br><br>v.<br><br>ROBERT NEUSCHMID,<br><br>Respondent. | Case No. 18-cv-06265-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 32 |

Good cause being shown, petitioner's request for an extension of time to file a traverse, his response to respondent's Answer, is GRANTED. Petitioner shall file his traverse with the Court by February 21, 2020.

This order terminates Dkt. No. 32.

**IT IS SO ORDERED.**

Dated: 11/26/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge