UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DEMARCUS HAQQ, | Case No. 18-cv-06265-HSG |
| Petitioner, | **ORDER GRANTING SECOND EXTENSION OF TIME TO FILE TRAVERSE** |
| v. | |
| ROBERT NEUSCHMID, | Re: Dkt. No. 34 |
| Respondent. | |

Good cause being shown, petitioner's second request for an extension of time to file his traverse is GRANTED. Dkt. No. 34. Petitioner shall file his traverse by May 21, 2020.

This order terminates Dkt. No. 34.

**IT IS SO ORDERED.**

Dated 2/19/2020:

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge