UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID DEMARCUS HAQQ,

    Petitioner,

v.

WARDEN GISELLE MATTESON,

    Respondent.

Case No. 18-cv-06265-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**

Re: Dkt. No. 36

Petitioner, an inmate at California State Prison–Solano,[1] filed this *pro se* action seeking a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed an answer to the petition on October 16, 2019. Dkt. Nos. 26-29. The Court has twice granted petitioner ninety day extensions to file his traverse. Good cause being shown, the Court will GRANT petitioner a third and final request for an extension of time to file his traverse. Dkt. No. 36. Petitioner shall file his traverse by August 21, 2020. **No further extensions of time will be granted**. The petition will be deemed fully submitted as of August 21, 2020

This order terminates Dkt. No. 36.

**IT IS SO ORDERED.**

Dated: 6/2/2020

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] In accordance with Habeas Rule 2(a) and Rule 25(d)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to substitute Warden Giselle Matteson as Respondent because she is Petitioner's current custodian.