UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID DEMARCUS HAQQ,

        Petitioner,

    v.

ROBERT NEUSCHMID,

        Respondent.

Case No. 18-cv-06265-HSG

**JUDGMENT**

      The petition for a writ of habeas corpus is DENIED and a certificate of appealability is DENIED. The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the case.

      **IT IS SO ORDERED.**

Dated: May 27, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge